FILED

2024 OCT -2 AM 9:15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

1  Name: David P. Rogers

2  Address: homeless Riverside Ca

3  _____

4  Phone: Last 2 Phones hacked Spy mode X4, stolen

5  Plaintiff In Pro Per

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9   Public of California        **ED  CV 24 - 02104 -VBF(SP)**

10  David Rogers caBARE SE 1.009    )  **Case No.:**
                                        (To be supplied by the Clerk)
11           **PLAINTIFF,**         )  **COMPLAINT FOR:**

12     **vs.** "Feed the Kids F. Graham"   )  Terrorist insurgence And
            call center                  )
13   Meta Weapons Labs & Social media )  Recruitment by Kiddnapplngs
14   California Behavioral Health   )  And threats, dark web pod casts
15   Riverside Police & county Sherriffs )  SABATOGE of Hostage Location
16   FBI office on Vine st          )  related Intelligence by California
17   Riverside Mayor & D.A.         )  Behavioral Health or "schitequarenic Delusions"
                                        )  **Jury Trial Demanded**
18   NSA, Google **DEFENDANT(S).**  )

19                                  )

20

21              ┌─────────────────────────┐
                │   **I. JURISDICTION**    │
22              └─────────────────────────┘

22     1. This Court has jurisdiction under USSR, NATO chineese Brittan

23   C.B. CASA BLANCA R.U.S.D. os White House

24   California Megan's Laws Highest Authority.

25   And to Impose on the "supreme"

26   (Fed.File.a) court Washington D.C. That

27   Megan shall be 18 or else seperation

28   and exclusion will affect And They Are Tresspassing
     on Soviet Territory while surrounded by NATO, Federal
     America And Sanctioned ___ Clear for Removal by U.S.A.F.

Pro Se Clinic Form      ballistic missle Page Number strike.

1

## II. VENUE

2

3    2. Venue is proper pursuant to Riverside U.S. District court

4    Chineese Britan C.B. over D.C. CASA BLANCA

5    WHITE HOUSE Megans LAW Highest Authority

6    Persuiant to U.S- Constitution

7

8

## III. PARTIES

9

10

11

12    3.    Plaintiff's name is David P. Rogers CASE BAR Smog Plaintiff resides

13    at: Homeless Riverside ca 92501

14

15

16

17

18    4. Defendant "Feed the Kids Franklin Graham Call center"

19    California / Texas Human Trafficking Racketeering

20    Organization , Domestic Terrorist cell

21

22

23

24    5. Defendant Meta weapons lab / social media

25    "China Lake Labs" San Deigo California

26

27

28

1    ___. Defendant CDCR - California Behavioral Health

2    Insert ¶ #   Terrorist / Racketeering organization

3    SO §21 and synthetic Telepathy depriving Religious Rights

4    to meditate & pray punishment is Death 18 § 247

5    Cattle punch to back of the Head

6    §1361 sentences to state of Texas if need be.

7

8    ___. Defendant Riverside Police & County Sherriffs

9    Insert ¶ #   Insurgent, subversive Acts

10    of Treason, to witt "child abductions

11    are a NON-Emergency" Disrespectful.

12    SO§21 Terrorist Removal by Death using

13    Cattle punch to back of skull. Sentence §1361 to

14    Texas iF Necessary -

15    ___. Defendant. NSA / Google (MAPS)

16    Insert ¶ #   And / or FBI vine St Riverside

17

18

19

20

21

22    ___. Defendant Mike Hestrin (Rod Pacheco, eh?)

23    Insert ¶ #   18 §241

24    Death penalty

25    sentence May be extradited for

26    post trial sentencing in Nevada or Texas

27    on Motion 18 §1361 if we cant Stone

28    him at the people's court in front of a church

By casting stones as Votes of 2/3 decision or

higher per Law of Deuteronomy "purge the Evil

from among society" - Amen

# IV. STATEMENT OF FACTS

1
2
3 . January 2nd the railway Axiom Locks were cut off
4 *Insert ¶ #* by terrorists putting a Train with covered windows on
5 the Right hand (wrong) track. ca State Auditor website
6 indicated that 226 children, 529 women were missing
7 from nearly All 110 counties of california evenly.
8 January 4th dep. Updike perris Sheriffs dept was /shot
9 And killed on his way to see me, according to the
10 Press Enterprise the next Morning. On
11 January 5th I wrote some Letters to the D. OD
12 Describing Terrorist Attacks And My Expert opinion
13 *Insert ¶ #* of how the employed technologies would soon
14 be used in their development of strategy to
15 Mis-Represent / DeepFake NATIONAL Leaders
16 to Mis-Direct BLAME For Acts of WAR At each other.
17 I was set up And Arrested For "Injury to Elder causing
18 death" on a "Rickey Ronald security Guard badge 187"
19 who I did not hurt at All When Cops Refused to
20 Check his I.D. and look inside the Building that
21 Contained a Mattress and several video cameras. During My
22 *Insert ¶ #* Incarceration, I predicted Nuclear WAR would Arise
23 from China, July 8th 2024 And was Rudely sent to
24 Behavioral Health For Asking to Call China's U.S.
25 Embassy to try to talk to my almost Brother MIKE Gropp
26 a Missionary in HongKong. On July 27th 2024
27 N. Korea Launched a Missle then Recalled it 6°321f
28 This And My numerous Attempts to contact the NAMUS
FBI Are Recorded in Behavioral Health And they

Insert ¶ #: Are refusing to release those Records
And Although E.L.F./EMF remote EEG
radio neural Manipulation Devices
Are Declassified in Every State and Every
other Country, California maintains a
GAG order Forbidding hospitals use
of RF & MRI/CAT Scan equipment
while a 200,000+ victims suffer Mental torture
And the FDIC debts 30+ Trillion X2, Germany & china
I have also expressed My Belief that
Insert ¶ # President Joe Biden Would Never order
the Massacres of 4000 children in GAZA
And 30,000 palistinians, but he was seen
in San Deigo near the DeepFake Lobatory
2 weeks Before. In Corcoran Prison I
saw freezer Burn stains half way up the
walls in every cell. This indicates Cesium-Acid (Base)
Negitive Radiation burns, probally from Exterminating
DeepFakers that did not Pass Quality Control. Hopefully this
Insert ¶ # does not Prove to be the Fate of our missing
Citizens Because California Public is not
Replaceable by a "Re-Public" and deepFakes
do not have the same Muscle/Fat Composition
or RNA As humans. However They need to
have civil Rights to protect them From RApe,
Torture, un-anisthesized surgeries, murder, etc   ASAP

1
2

## V. CAUSES OF ACTION

3
4

## FIRST CAUSE OF ACTION

5
6
( Show the World the Truth about Meta's Attacks )

*insert title of cause of action*

7
8
(As against Defendant(s): Meta   Google / NSA,  "Feed the kids Franklin Graham?  MAYOR "Dawson" Nefferitti & M. Hestrin)

9
10
*Insert ¶ #*
11
A fearless Moral inventory of
12
Government deepfake take overs and / or
13
Corruption and Honest, Transparent show
14
of Repentance letting Me diagnose the
15
truth to win Justice for Those Countries / Empires
16
who have been offended,  Keeping with

*Insert ¶ #*
17
My written Promise & Request They Give
18
this a chance before they / attach.
19
Then Ask for a World-wide  Co-operative
20
Military Agreement to Declare WAR a
21
Terrorists and Human Trafficking organizations
22
And Unite mankind Against this AntiChrist
23
*Insert ¶ #*
24
25
26
27
28

1

## SECOND CAUSE OF ACTION

2  ( Confiscation of All Ill-gotten Gain            )

*insert title of cause of action*

3

4  **(As against Defendant(s):** To be determined by

5  previous due process perscribed )

6

7  ___: Conduct a Census of Victims

*Insert ¶ #*

8  And Amount of Funds Recovered, then

9  After the National debt is settled

10  distribute the Rest Evenly Among

11  The Victims who are Poor And needy

12

13  Prisons: Equal Pay Equal Work

*Insert ¶ #*

14  With no Iron Curtian to End Slavery

15

16  No More Industrial Espionage    No More

17  embezzlement of wages and Child Support

18  422.7 hate crimes to deprive children by DOJ/CDCR

19  And Reckless disregard For (mom's) Prostitution.

20  This Must Change.

*Insert ¶ #*

21  Re-Instate Mens WAR-Bond Pardons in Lieu of

22  prison terms And Never send women to WAR

23  ever Again. Rescue All POWs And Rape-Born

24  babies/children, Census based on Good Faith reports.

25

26

27

28

1
2
3
4

> ### THIRD CAUSE OF ACTION
> ( Civil Rights 18§241 Violations by court )
> *insert title of cause of action*
> (As against Defendant(s): Mike Hestrin And possibly
> Bailiffs if the Magistrate cont gun check)

5
6
7    The Magistrates Shall not get Paid royalities
    *Insert ¶ #*
8    as "Commissioners" For fraudulent convictions
9    based on Biased rulings. The Bailiff
10   will surrender the gun to the Magistrate
11   before the pledge of Alligence to the Flag
12   As we All rise or court MAY Not begin.
13
14   *Insert ¶ #*
     Upon The Removal of this Kingpin D.A.
15   I have asked Emma C. Smith to step down
16   From Magistrate And become the New D.A
17   she has the right to refuse or Accept.
18
19   The Jail will provide the BAR Assolation phone
     *Insert ¶ #*
20   number And list of lawyers in the Day Rooms
21   persuiant to Miranda Rights. No Evidence oN
22   defants behalf will be "in admissable" In Court
23   Ca Rules of Evidence 770, 880 & 1201.1204
24   18§3173 - EOP Evaluations shall not impede the
25   60 days right to speedy And Fair Trial per.
26   6th Ammendment.  8th Ammendment
27   ch 97 & 114 pt2 "disportionate parole/probation
28   is cruel & unusual. (US Constitution Bill of Rights)

## FOURTH CAUSE OF ACTION

( _Recall of Perversions of Justice_ )
insert title of cause of action

(As against Defendant(s): _Washington D.C._
_"Supreme Court"_ )

Insert ¶ # . Hunter Biden's little 6 month
sentence shall be Vetoed Void and
set for a Real Trial under Real Federal
Law for Human Rape Trafficking (not
"sex trafficking" This Language must be fixed.
The Death penality is my recommendation
for him and all similar cases.

Insert ¶ # The Federal Judge of any Court in
Texas will impose the habitual
sex offender oriochtomy Law that
Castration be required for parole After
none less than 25 years effective
A.S.A.P. And evermore in California.

Insert ¶ #

Pro Se Clinic Form                    _Page Number_

## VI. <u>REQUEST FOR RELIEF</u>

WHEREFORE, the Plaintiff requests:

*Insert ¶ #*

NUMA AND DARPA to ~~cos~~ Conduct underground visual Reconnance Magnetic & Infra-Red thermal Imaging on "Dark Web" For Hostage Assessment And Rescue Extractions

*Insert ¶ #*

Sanction Air strike Targets of those responsible for sanctioning thees Mass Kiddnappings And- or Commence Executions of insurgents using Cattle Punches Because Bullets Are too Expensive. They All Must Die.

*Insert ¶ #*

*Insert ¶ #*

## VII. **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _9-31-2024_

Sign: _David P Rogers_ C/o BAR·ASE

Print Name: _DAVID Paul Rogers_ Smog diagnostics 2009

Plaintiff in pro per

Assistant Counsel must remain
Annonomus under the Automotive
Service Excellence Bearu of
Automotive Repair prosecutorsal
MARCY's Law Gentleman's protection
Policy . D.O.T. half of Safe streets
Act 1968. Do Not tell me their
Name due to wireless wiretapping
And they will wear a MASK in court.
I hereby take All Risks of
Retaliation Solely upon myself alone.
This decreed by A/ Jim Beam's Multi-Tetred
directive signature to be MASS
produced As on Every Bottle
"None Genuine without my Signature
Jim Bean" _David P Rogan_ C/o BAR
ASE
Smog.
diagnostics
LLC 2007

1  *Name:* DAVID Rogers

2  *Address:* Honeless Riverside

3

4  *Phone:* SPY hacked & stolen by terrorists /750 605 1950

5  Plaintiff In Pro Per

6

7  **UNITED STATES DISTRICT COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9  David P. Rogers
   For Hawali & All Japanese

10  American Islands              , )  **Case No.:** _____
                                        (To be supplied by the Clerk)

11  **PLAINTIFF,**               )  **COMPLAINT FOR:**

12  **vs.**                       )  Restitution & Disaster

13  China Lake NAVAL            )  Relief And those responsible

14  Station and Congress       )  to face Death penalities.

15  _____          )  Seperation From America And

16  _____          )  Full ownership of Islands

17  _____          )  to Japan. CALifornia will split
                                    **Jury Trial Demanded** North & South And

18  **DEFENDANT(S).**            )  Maintain the number 50 stars
                                    )  on the USA Flag —

19

20

21                    **I. JURISDICTION**

22

    1. This Court has jurisdiction under Axis/Mexico non

23  federal providence , California And

24  Washington District of California Toggles

25  In Jurisprudence For theese actions

26  to be empowered in Court and Congress

27

28

   Pro Se Clinic Form                    *Page Number*

## II. VENUE

2.  Venue is proper pursuant to _____

_____

_____

_____

## III. PARTIES

3.    Plaintiff's name is _____. Plaintiff resides at: _____

_____

_____

_____

4.  Defendant _____

_____

_____

_____

5.  Defendant _____

_____

_____

_____

_____

1    ___. Defendant _____

2    *Insert ¶ #*

3    _____

4    _____

5    _____

6    _____

7

8    ___. Defendant _____

9    *Insert ¶ #*

10    _____

11    _____

12    _____

13    _____

14

15    ___. Defendant _____

16    *Insert ¶ #*

17    _____

18    _____

19    _____

20    _____

21

22    ___. Defendant _____

23    *Insert ¶ #*

24    _____

25    _____

26    _____

27    _____

28

1

## IV. <u>STATEMENT OF FACTS</u>

2

3

*Insert* ¶ #

4

5

6

7

8

9

10

11

12

*Insert* ¶ #

13

14

15

16

17

18

19

20

21

*Insert* ¶ #

22

23

24

25

26

27

28

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

1
2

## V. <u>CAUSES OF ACTION</u>

3
4

## <u>FIRST CAUSE OF ACTION</u>

5
6

(_____)

*insert title of cause of action*

7

**(As against Defendant(s):** _____

8

_____)

9
10
*Insert ¶ #* _____

11
12  _____

13  _____

14  _____

15  _____

16
17  *Insert ¶ #* _____

18  _____

19  _____

20  _____

21  _____

22
23  *Insert ¶ #* _____

24  _____

25  _____

26  _____

27  _____

28

1
2
3
4
5

## SECOND CAUSE OF ACTION

(_____)
*insert title of cause of action*

**(As against Defendant(s):** _____

_____)

6
7
8

_____.
*Insert ¶ #*

9
10
11
12
13
14

_____.
*Insert ¶ #*

15
16
17
18
19
20

_____.
*Insert ¶ #*

21
22
23
24
25
26
27
28

1

## __THIRD CAUSE OF ACTION__

2      (_____)

*insert title of cause of action*

3      **(As against Defendant(s):** _____

4      _____)

5

6

7      _Insert ¶ #_ _____

8      _____

9      _____

10     _____

11     _____

12     _____

13

14     _Insert ¶ #_ _____

15     _____

16     _____

17     _____

18     _____

19

20     _Insert ¶ #_ _____

21     _____

22     _____

23     _____

24     _____

25

26

27

28

1

## __FOURTH CAUSE OF ACTION__

2

( _____ )

*insert title of cause of action*

3

**(As against Defendant(s):** _____

4

_____ )

5

6

7

*Insert ¶ #* _____

8

_____

9

_____

10

_____

11

_____

12

13

14

*Insert ¶ #* _____

15

_____

16

_____

17

_____

18

_____

19

20

*Insert ¶ #* _____

21

_____

22

_____

23

_____

24

_____

25

26

27

28

Pro Se Clinic Form                    *Page Number*

## VI. **REQUEST FOR RELIEF**

WHEREFORE, the Plaintiff requests:

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

1

## VII. <u>DEMAND FOR JURY TRIAL</u>

2

3

4     Plaintiff hereby requests a jury trial on all issues raised in this complaint.

5

6

7     Dated: _9 - 3 1 - 2 0 2 4_____

8

9

10    Sign: _David P Rogers_____

11    Print Name: _David Paul Rogers A-BAR-ASE_____
                                              Smog
12                Plaintiff in pro per          LLC 2009

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GENERAL ~~CIVIL~~ COMPLAINT *[handwritten: WAR CRIMES]* *[handwritten: 50 USC § 3711 + 3713 Urgent Threat Reduction Military Actions 22 § 7103 Interagency Task Force (MIS, KGB, & Axis) vs. META Labs]*

## CENTRAL DISTRICT OF CALIFORNIA
### IMPORTANT INFORMATION - PLEASE READ CAREFULLY
### INSTRUCTIONS FOR FILING A CIVIL ACTION BY A NONPRISONER

### INSTRUCTIONS AND PROCEDURES

**CIVIL COMPLAINT:** You must file a "Civil Complaint" in the form and manner as set forth in the Local Rules of this Court. Any complaint in any other form may not be accepted. The complaint must also be accompanied by the following documents when submitted for filing:

    A. Civil Cover Sheet - CV-71 (Required)
    B. Certification and Notice of Interested Parties - CV-30 (Required)
    C. Summons - AO-440 (Optional)
    D. Request to Proceed In Forma Pauperis with Declaration in Support - CV-60 (Optional)

These forms are available upon request at the Clerk's Office and on the Court's website: http://www.cacd.uscourts.gov. All forms must be completed in full.

If you would like a stamped copy of your filing(s), submit a copy of the documents you would like to have stamped and returned to you, with a self-addressed, stamped envelope.

**SUBMITTING DOCUMENTS FOR FILING:** You may submit your documents for filing in one of the following ways:

    1. in person at any of the following locations:

| United States Courthouse | United States Courthouse | United States Courthouse |
|---|---|---|
| 255 East Temple St., Suite TS-134 | 411 West Fourth Street, Room 1053 | 3470 Twelfth St., Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

    2. by United States mail; or

    3. by submitting the documents electronically through the Court's Electronic Document Submission System (EDSS). To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss.

**FILING FEE:** The filing fee for a civil complaint is $405.00. Personal checks are NOT accepted.

**FILING IN FORMA PAUPERIS:** If you are unable to pay the filing fee, you may petition the Court to allow you to file your complaint without the prepayment of the filing fee by submitting a Request to Proceed In Forma Pauperis with Declaration in Support - CV-60. Forms for your use are available in the Clerk's Office and on the Court's website. These forms must also accompany the complaint.

**REQUEST FOR APPOINTMENT OF AN ATTORNEY:** Any request for appointment of an attorney must be prepared by you in the form and manner set forth in Local Rule 11. A request in any other form will not be accepted. The request must accompany the complaint and be presented as a separate document. Your request must also state the reasons why you want the Court to appoint an attorney for you. In the event the Court denies your request for the appointment of any attorney and you find yourself acting as your own attorney, you are responsible for complying with the Local Rules of the Court.

**OTHER INFORMATION**
The Clerk's Office is prohibited from providing any type of legal advice. If you need assistance completing the required forms, please visit the People Without Lawyers section on the Court's website at http://prose.cacd.uscourts.gov.

Copies of the Local Rules are available in any law library or on the Court's website at: www.cacd.uscourts.gov/court-procedures/local-rules.